Lopez, Ms. Birma. Good morning, Your Honors. May it please the Court, my name is Erica Birma and I was appointed to represent Mr. Alejandro Lopez. This appeal was raised for preservation purposes only and the Supreme Court has not granted certiorari to change any of the analysis. There aren't any cases that are currently creating a circuit split on this issue and based on current Seventh Circuit precedent in United States v. Lynn, it appears that it resolves this issue. So if the Court has any questions. That's it. Okay, thank you, Ms. Birma. Thank you, Your Honor. Mr. Phillips. Good morning, Your Honors. May it please the Court, Sega Phillips on behalf of the United States. The government obviously agrees that Lynn resolves this case and if the Court has no questions, the government will rest on its briefs. Enjoy your day in Chicago. Thank you. Okay, thank you very much. My next case for argument is Davis v. Cross.